| | |
|---|---|
| 1 | PAUL T. FRIEDMAN (CA SBN 98381) |
| | PFriedman@mofo.com |
| 2 | ANNEMARIE C. O'SHEA (CA SBN 157988) |
| | AOshea@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile: 415.268.7522 |

Attorneys for Defendants
UNITED PARCEL SERVICE, INC., UPS CAPITAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JON SIGERMAN, In Pro Per | Case No.   C11-02265 EMC |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| FRANK DOSTAL, DOSTAL STUDIOS, INC., UNITED PARCEL SERVICE, INC., UPS CAPITAL CORP., and SPEED SHIP, | |
| Defendants | |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO: C11-02265-EMC

1 | Pursuant to Civil Local Rule 6-1(a) and Federal Rule of Civil Procedure 81(c), it is hereby
2 | stipulated by and between Plaintiff Jon Sigerman and Defendants United Parcel Service, Inc., and
3 | UPS Capital Corporation (collectively, "UPS"), that the time by which UPS may plead or
4 | otherwise respond to the Complaint shall be extended from May 16, 2011 through and including
5 | June 8, 2011.  This stipulation does not affect any other event or deadline already fixed by Court
6 | order.

IT IS SO STIPULATED.

Dated:  May 13, 2011                    By:    /s/ Jon Sigerman

                                                    Jon Sigerman
                                                    jon@jsigerman.com
                                                    24 Catalpa Ave.
                                                    Mill Valley, California 94941
                                                   (415) 672-1462

                                                   PLAINTIFF, IN PRO PER

Dated:  May 13, 2011                    By:    /s/ Annemarie C. O'Shea

                                                   Paul T. Friedman
                                                   Annemarie C. O'Shea
                                                   MORRISON & FOERSTER, LLP
                                                   425 Market Street
                                                   San Francisco, California  94105
                                                   (415) 268-7000 (Tel.)
                                                   (415) 268-7522 (Fax)

                                                 Attorneys for Defendants
                                                 UNITED PARCEL SERVICE, INC., UPS
                                                 CAPITAL CORPORATION

## GENERAL ORDER 45 ATTESTATION

I, Annemarie C. O'Shea, am the ECF User whose ID and password are being used to file the attached STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Jon Sigerman has concurred in this filing.

/s/ Annemarie C. O'Shea
Annemarie C. O'Shea

Attorneys for Defendants
UNITED PARCEL SERVICE, INC.,
UPS CAPITAL CORPORATION

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate



sf-2994521

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO: C11-02265-EMC

2